**Fill in this information to identify the case:**

Debtor 1   KATHLEEN ANN LOPES

Debtor 2

United States Bankruptcy Court for the:   DISTRICT OF Connecticut

Case Number   16-51005

## Official Form 4100R
## Response to Notice of Final Cure                                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 7914

**Property address:** 32 FIUME ST
WATERTOWN, CT 06779

### Part 2: Prepetition Default Payments

*Check one*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining as of the date of this response is: $ 1,035.70 *

*TRUSTEE CHECK 708568 DATED 5/6/2022 NOT RECEIVED

### Part 3: Postpetition Mortgage Payments

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06/01/2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due                                (a)  $
b. Total fees, charges, expenses, escrow, and costs outstanding.          (b)  $
c. **Total.** Add lines                                                   (c)  $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM / DD / YYYY

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Christopher K. Baxter                    Date: 6/10/2022

Print: Christopher K. Baxter                    Title: Attorney for the Creditor
       First Name   Middle Name   Last Name

Company: Marinosci Law Group, P.C.

Address: 415 North McKinley Suite 360
         Number        Street
         Little Rock  Arkansas  72205
         City         State     ZIP Code

Contact phone: 501-663-6200                    Email: BKinquiries@mlg-defaultlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on June 10, 2022.

KATHLEEN ANN LOPES
32 FIUME ST
OAKVILLE, CT 06779

                                                     Marinosci Law Group, P.C.
                                                     /s/___Christopher K. Baxter_
                                                     Email: BKinquiries@mlg-defaultlaw.com
                                                     ATTORNEYS FOR CREDITOR



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 08/01/16 | 632.07 | 530.49 | 1,162.56 | |
| 11/01/17 | 632.07 | 573.48 | 1,205.55 | |
| 11/01/18 | 632.07 | 589.49 | 1,221.56 | |
| 11/01/19 | 632.07 | 596.04 | 1,228.11 | |
| 11/01/20 | 632.07 | 582.70 | 1,214.77 | |
| 09/01/21 | 632.07 | 579.58 | 1,211.65 | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| | |
|---|---|
| Loan# | 4402497914 |
| Borrower: | Lopes |
| Date Filed: | 07/25/16 |
| BK Case # | 16-51005 |
| First Post Petition Due Date: | 08/01/16 |
| POC covers: | 06/01/15-07/01/16 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 08/10/16 | $1,290.29 | Post | 8/1/16 | $1,162.56 | $127.73 | $127.73 | | $127.73 | | | | $0.00 | $0.00 |
| 09/15/16 | $1,162.56 | Post | 9/1/16 | $1,162.56 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 10/17/16 | $1,162.56 | Post | 10/1/16 | $1,162.56 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 11/15/16 | $1,162.56 | Post | 11/1/16 | $1,162.56 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 12/15/16 | $1,162.56 | Post | 12/1/16 | $1,162.56 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 01/15/17 | $1,162.56 | Post | 1/1/17 | $1,162.56 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 02/15/17 | $1,166.46 | Post | 2/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 03/15/17 | $1,166.46 | Post | 3/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 04/16/17 | $1,166.46 | Post | 4/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 05/04/17 | $1,166.46 | Post | 5/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 06/14/17 | $1,166.46 | Post | 6/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $0.00 | $0.00 |
| 06/29/17 | $1,276.02 | Pre | | | $1,276.02 | | | $127.73 | | $1,276.02 | | $1,276.02 | $1,276.02 |
| 07/16/17 | $1,166.46 | Post | 7/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $1,276.02 | $1,276.02 |
| 07/31/17 | $328.77 | Pre | | | $328.77 | | | $127.73 | | $328.77 | | $1,604.79 | $1,604.79 |
| 08/15/17 | $1,166.46 | Post | 8/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $1,604.79 | $1,604.79 |
| 08/29/17 | $327.66 | Pre | | | $327.66 | | | $127.73 | | $327.66 | | $1,932.45 | $1,932.45 |
| 09/15/17 | $1,166.46 | Post | 9/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $1,932.45 | $1,932.45 |
| 10/15/17 | $1,166.46 | Post | 10/1/17 | $1,166.46 | $0.00 | | | $127.73 | | | | $1,932.45 | $1,932.45 |
| 10/19/17 | $654.63 | Pre | | | $654.63 | | | $127.73 | | $654.63 | | $2,587.08 | $2,587.08 |
| 11/13/17 | $1,205.55 | Post | 11/1/17 | $1,205.55 | $0.00 | | | $127.73 | | | | $2,587.08 | $2,587.08 |
| 12/01/17 | $322.23 | Pre | | | $322.23 | | | $127.73 | | $322.23 | | $2,909.31 | $2,909.31 |
| 12/15/17 | $1,205.55 | Post | 12/1/17 | $1,205.55 | $0.00 | | | $127.73 | | | | $2,909.31 | $2,909.31 |
| 01/04/18 | $322.75 | Pre | | | $322.75 | | | $127.73 | | $322.75 | | $3,232.06 | $3,232.06 |
| 01/12/18 | $1,205.55 | Post | 1/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $3,232.06 | $3,232.06 |
| 02/13/18 | $322.26 | Pre | | | $322.26 | | | $127.73 | | $322.26 | | $3,554.32 | $3,554.32 |
| 02/15/18 | $1,205.55 | Post | 2/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $3,554.32 | $3,554.32 |
| 03/15/18 | $1,205.55 | Post | 3/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $3,554.32 | $3,554.32 |
| 03/20/18 | $322.36 | Pre | | | $322.36 | | | $127.73 | | $322.36 | | $3,876.68 | $3,876.68 |
| 04/13/18 | $637.65 | Pre | | | $637.65 | | | $127.73 | | $637.65 | | $4,514.33 | $4,514.33 |
| 04/16/18 | $1,205.55 | Post | 4/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $4,514.33 | $4,514.33 |
| 05/15/18 | $1,205.55 | Post | 5/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $4,514.33 | $4,514.33 |
| 06/15/18 | $1,205.55 | Post | 6/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $4,514.33 | $4,514.33 |
| 06/21/18 | $649.89 | Pre | | | $649.89 | | | $127.73 | | $649.89 | | $5,164.22 | $5,164.22 |
| 07/13/18 | $1,205.55 | Post | 7/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $5,164.22 | $5,164.22 |
| 07/25/18 | $318.52 | Pre | | | $318.52 | | | $127.73 | | $318.52 | | $5,482.74 | $5,482.74 |
| 08/14/18 | $1,205.55 | Post | 8/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $5,482.74 | $5,482.74 |
| 08/22/18 | $318.50 | Pre | | | $318.50 | | | $127.73 | | $318.50 | | $5,801.24 | $5,801.24 |
| 09/17/18 | $1,205.55 | Post | 9/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $5,801.24 | $5,801.24 |
| 09/18/18 | $318.49 | Pre | | | $318.49 | | | $127.73 | | $318.49 | | $6,119.73 | $6,119.73 |
| 10/14/18 | $1,205.55 | Post | 10/1/18 | $1,205.55 | $0.00 | | | $127.73 | | | | $6,119.73 | $6,119.73 |
| 11/13/18 | $1,221.56 | Post | 11/1/18 | $1,221.56 | $0.00 | | | $127.73 | | | | $6,119.73 | $6,119.73 |
| 11/27/18 | $646.00 | Pre | | | $646.00 | | | $127.73 | | $646.00 | | $6,765.73 | $6,765.73 |
| 12/14/18 | $1,221.56 | Post | 12/1/18 | $1,221.56 | $0.00 | | | $127.73 | | | | $6,765.73 | $6,765.73 |
| 12/17/18 | $322.98 | Pre | | | $322.98 | | | $127.73 | | $322.98 | | $7,088.71 | $7,088.71 |
| 01/14/19 | $1,221.56 | Post | 1/1/19 | $1,221.56 | $0.00 | | | $127.73 | | | | $7,088.71 | $7,088.71 |
| 01/15/19 | $322.96 | Pre | | | $322.96 | | | $127.73 | | $322.96 | | $7,411.67 | $7,411.67 |
| 02/15/19 | $1,221.56 | Post | 2/1/19 | $1,221.56 | $0.00 | | | $127.73 | | | | $7,411.67 | $7,411.67 |
| 02/19/19 | $322.94 | Pre | | | $322.94 | | | $127.73 | | $322.94 | | $7,734.61 | $7,734.61 |
| 03/15/19 | $1,221.56 | Post | 3/1/19 | $1,221.56 | $0.00 | | | $127.73 | | | | $7,734.61 | $7,734.61 |
| 03/18/19 | $322.93 | Pre | | | $322.93 | | | $127.73 | | $322.93 | | $8,057.54 | $8,057.54 |
| 04/15/19 | $1,221.56 | Post | 4/1/19 | $1,221.56 | $0.00 | | | $127.73 | | | | $8,057.54 | $8,057.54 |
| 04/18/19 | $322.91 | Pre | | | $322.91 | | | $127.73 | | $322.91 | | $8,380.45 | $8,380.45 |

| Date | Amount | Type | Date2 | Amount2 | Amount3 | Amount4 | Amount5 | Amount6 | Amount7 | Balance1 | Balance2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/19 | $322.89 | Pre | | | $322.89 | | | $127.73 | $322.89 | $8,703.34 | $8,703.34 |
| 05/15/19 | $1,221.56 | Post | 5/1/19 | $1,221.56 | $0.00 | | | $127.73 | | $8,703.34 | $8,703.34 |
| 06/12/19 | $322.87 | Pre | | | $322.87 | | | $127.73 | $322.87 | $9,026.21 | $9,026.21 |
| 06/14/19 | $1,221.56 | Post | 6/1/19 | $1,221.56 | $0.00 | | | $127.73 | | $9,026.21 | $9,026.21 |
| 07/12/19 | $1,221.56 | Post | 7/1/19 | $1,221.56 | $0.00 | | | $127.73 | | $9,026.21 | $9,026.21 |
| 07/12/19 | $322.85 | Pre | | | $322.85 | | | $127.73 | $322.85 | $9,349.06 | $9,349.06 |
| 08/14/19 | $322.83 | Pre | | | $322.83 | | | $127.73 | $322.83 | $9,671.89 | $9,671.89 |
| 08/15/19 | $1,221.56 | Post | 8/1/19 | $1,221.56 | $0.00 | | | $127.73 | | $9,671.89 | $9,671.89 |
| 09/13/19 | $322.82 | Pre | | | $322.82 | | | $127.73 | $322.82 | $9,994.71 | $9,994.71 |
| 09/15/19 | $1,221.56 | Post | 9/1/19 | $1,221.56 | $0.00 | | | $127.73 | | $9,994.71 | $9,994.71 |
| 10/13/19 | $1,221.56 | Post | 10/1/19 | $1,221.56 | $0.00 | | | $127.73 | | $9,994.71 | $9,994.71 |
| 10/21/19 | $335.74 | Pre | | | $335.74 | | | $127.73 | $335.74 | $10,330.45 | $10,330.45 |
| 11/14/19 | $1,228.11 | Post | 11/1/19 | $1,228.11 | $0.00 | | | $127.73 | | $10,330.45 | $10,330.45 |
| 11/15/19 | $321.73 | Pre | | | $321.73 | | | $127.73 | $321.73 | $10,652.18 | $10,652.18 |
| 12/12/19 | $1,228.11 | Post | 12/1/19 | $1,228.11 | $0.00 | | | $127.73 | | $10,652.18 | $10,652.18 |
| 12/19/19 | $321.72 | Pre | | | $321.72 | | | $127.73 | $321.72 | $10,973.90 | $10,973.90 |
| 01/15/20 | $1,228.11 | Post | 1/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $10,973.90 | $10,973.90 |
| 01/27/20 | $321.70 | Pre | | | $321.70 | | | $127.73 | $321.70 | $11,295.60 | $11,295.60 |
| 02/14/20 | $321.68 | Pre | | | $321.68 | | | $127.73 | $321.68 | $11,617.28 | $11,617.28 |
| 02/14/20 | $1,228.11 | Post | 2/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $11,617.28 | $11,617.28 |
| 03/15/20 | $1,228.11 | Post | 3/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $11,617.28 | $11,617.28 |
| 03/17/20 | $321.66 | Pre | | | $321.66 | | | $127.73 | $321.66 | $11,938.94 | $11,938.94 |
| 04/14/20 | $1,228.11 | Post | 4/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $11,938.94 | $11,938.94 |
| 04/16/20 | $321.64 | Pre | | | $321.64 | | | $127.73 | $321.64 | $12,260.58 | $12,260.58 |
| 05/06/20 | $1,228.11 | Post | 5/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $12,260.58 | $12,260.58 |
| 05/18/20 | $314.63 | Pre | | | $314.63 | | | $127.73 | $314.63 | $12,575.21 | $12,575.21 |
| 06/04/20 | $1,228.11 | Post | 6/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $12,575.21 | $12,575.21 |
| 06/15/20 | $314.61 | Pre | | | $314.61 | | | $127.73 | $314.61 | $12,889.82 | $12,889.82 |
| 07/09/20 | $1,228.11 | Post | 7/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $12,889.82 | $12,889.82 |
| 07/21/20 | $314.60 | Pre | | | $314.60 | | | $127.73 | $314.60 | $13,204.42 | $13,204.42 |
| 08/13/20 | $1,228.11 | Post | 8/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $13,204.42 | $13,204.42 |
| 08/17/20 | $314.58 | Pre | | | $314.58 | | | $127.73 | $314.58 | $13,519.00 | $13,519.00 |
| 09/14/20 | $1,228.11 | Post | 9/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $13,519.00 | $13,519.00 |
| 09/16/20 | $314.56 | Pre | | | $314.56 | | | $127.73 | $314.56 | $13,833.56 | $13,833.56 |
| 10/14/20 | $1,228.11 | Post | 10/1/20 | $1,228.11 | $0.00 | | | $127.73 | | $13,833.56 | $13,833.56 |
| 10/23/20 | $314.54 | Pre | | | $314.54 | | | $127.73 | $314.54 | $14,148.10 | $14,148.10 |
| 11/13/20 | $1,214.77 | POst | 11/1/20 | $1,214.77 | $0.00 | | | $127.73 | | $14,148.10 | $14,148.10 |
| 11/18/20 | $314.53 | Pre | | | $314.53 | | | $127.73 | $314.53 | $14,462.63 | $14,462.63 |
| 12/14/20 | $1,214.77 | Post | 12/1/20 | $1,214.77 | $0.00 | | | $127.73 | | $14,462.63 | $14,462.63 |
| 12/18/20 | $314.51 | Pre | | | $314.51 | | | $127.73 | $314.51 | $14,777.14 | $14,777.14 |
| 01/15/21 | $1,214.77 | Post | 1/1/21 | $1,214.77 | $0.00 | | | $127.73 | | $14,777.14 | $14,777.14 |
| 01/25/21 | $314.49 | Pre | | | $314.49 | | | $127.73 | $314.49 | $15,091.63 | $15,091.63 |
| 02/12/21 | $1,214.77 | Post | 2/1/21 | $1,214.77 | $0.00 | | | $127.73 | | $15,091.63 | $15,091.63 |
| 03/05/21 | $314.47 | Pre | | | $314.47 | | | $127.73 | $314.47 | $15,406.10 | $15,406.10 |
| 03/26/21 | $314.45 | Pre | | | $314.45 | | | $127.73 | $314.45 | $15,720.55 | $15,720.55 |
| 04/02/21 | $2,429.54 | Post | 3/1/21 | $1,214.77 | $1,214.77 | $1,214.77 | | $1,342.50 | | $15,720.55 | $15,720.55 |
| | | Post | 4/1/21 | $1,214.77 | -$1,214.77 | | $1,214.77 | $127.73 | | $15,720.55 | $15,720.55 |
| 04/14/21 | $314.44 | Pre | | | $314.44 | | | $127.73 | $314.44 | $16,034.99 | $16,034.99 |
| | | | | | $0.00 | | | $127.73 | | $16,034.99 | $16,034.99 |
| 05/03/21 | $1,214.77 | Post | 5/1/21 | $1,214.77 | $0.00 | | | $127.73 | | $16,034.99 | $16,034.99 |
| 05/17/21 | $314.42 | pre | TR PMT | | $314.42 | | | $127.73 | $314.42 | $7,500.43 | $16,349.41 |
| 06/01/21 | $1,214.77 | post | 6/1/21 | $1,214.77 | $0.00 | | | $127.73 | | $7,500.43 | $16,349.41 |
| 06/15/21 | $314.40 | pre | TR PMT | | $314.40 | | | $127.73 | $314.40 | $7,814.83 | $16,663.81 |
| 07/06/21 | $1,214.77 | post | 7/1/21 | $1,214.77 | $0.00 | | | $127.73 | | $7,814.83 | $16,663.81 |
| 07/20/21 | $314.38 | pre | TR PMT | | $314.38 | | | $127.73 | $314.38 | $8,129.21 | $16,978.19 |
| 08/03/21 | $1,214.77 | post | 8/1/21 | $1,214.77 | $0.00 | | | $127.73 | | $8,129.21 | $16,978.19 |
| 08/16/21 | $338.82 | pre | TR PMT | | $338.82 | | | $127.73 | $338.82 | $8,468.03 | $17,317.01 |
| 09/10/21 | $1,211.65 | post | 9/1/21 | $1,211.65 | $0.00 | | | $127.73 | | $8,468.03 | $17,317.01 |
| 09/16/21 | $338.80 | pre | TR PMT | | $338.80 | | | $127.73 | $338.80 | $8,806.83 | $17,655.81 |
| 10/08/21 | $1,211.65 | post | 10/1/21 | $1,211.65 | $0.00 | | | $127.73 | | $8,806.83 | $17,655.81 |
| 10/19/21 | $338.78 | pre | TR PMT | | $338.78 | | | $127.73 | $338.78 | $9,145.61 | $17,994.59 |
| 11/10/21 | $1,211.65 | post | 11/1/21 | $1,211.65 | $0.00 | | | $127.73 | | $9,145.61 | $17,994.59 |
| 11/16/21 | $314.31 | pre | TR PMT | | $314.31 | | | $127.73 | $314.31 | $9,459.92 | $18,308.90 |
| 12/17/21 | $1,211.65 | post | 12/1/21 | $1,211.65 | $0.00 | | | $127.73 | | $9,459.92 | $18,308.90 |
| 01/28/22 | $1,211.65 | post | 1/1/22 | $1,211.65 | $0.00 | | | $127.73 | | $9,459.92 | $18,308.90 |
| 02/25/22 | $1,211.65 | post | 2/1/22 | $1,211.65 | $0.00 | | | $127.73 | | $9,459.92 | $18,308.90 |
| 03/25/22 | $1,211.65 | post | 3/1/22 | $1,211.65 | $0.00 | | | $127.73 | | $9,459.92 | $18,308.90 |
| 04/22/22 | $1,211.65 | post | 4/1/22 | $1,211.65 | $0.00 | | | $127.73 | | $9,459.92 | $18,308.90 |
| 05/20/22 | $1,211.65 | post | 5/1/22 | $1,211.65 | $0.00 | | | $127.73 | | $9,459.92 | $18,308.90 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | | $127.73 | | | | $9,459.92 | $18,308.90 |
| | | | | Per TR ledger check# 708568 IAO $1035.70 was not sent to Rusmore | | $0.00 | | | $127.73 | | | | $9,459.92 | $18,308.90 |
| | | | | | | $0.00 | | | $127.73 | | | | $9,459.92 | $18,308.90 |